NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1264
(Interference No. 105,531)


MICHAEL A. BOSS, JOHN H. KENTEN,
JOHN S. EMTAGE, and CLIVE R. WOOD,

Appellants,

v.

SHMUEL CABILLY, HERBERT L. HEYNEKER, WILLIAM E. HOLMES,
ARTHUR D. RIGGS, and RONALD B. WETZEL,

Appellees.


Doreen Yatko Trujillo, Cozen O'Connor P.C., of Philadelphia, Pennsylvania, argued for appellants.

Meredith Martin Addy, Brinks Hofer Gilson & Lione, of Chicago, Illinois, argued for appellees. With her on the brief were Thomas J. Filarski, Laura A. Lydigsen and Luke A. Parsons. Of counsel on the brief were Jeffrey P. Kushan, Sidley Austin LLP, of Washington, DC, and Oliver R. Ashe, Jr., ASHE, P.C., of Reston, Virginia.


Appealed from: United States Patent and Trademark Office
Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1264
(Interference No. 105,531)

MICHAEL A. BOSS, JOHN H. KENTEN,
JOHN S. EMTAGE, and CLIVE R. WOOD,

Appellants,

v.

SHMUEL CABILLY, HERBERT L. HEYNEKER, WILLIAM E. HOLMES,
ARTHUR D. RIGGS, and RONALD B. WETZEL,

Appellees.

# Judgment

ON APPEAL from the     United States Patent and Trademark Office, Board of
Patent Appeals and Interferences

In CASE NO(S).        105,531

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, ARCHER, and PROST, Circuit Judges).

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED _December 11, 2009_         _/s/ Jan Horbaly_____
*Jan Horbaly, Clerk*